# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GYLES G. WILSON**<br>    Plaintiff,<br><br>    v.<br><br>**GRAYBAR ELECTRIC COMPANY INC., et al.**<br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 17-3701** |

## ORDER

**AND NOW** this 26th day of March, 2018, for reasons set forth in the foregoing Memorandum, Defendants' Motion to Dismiss the Complaint is **DENIED**.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-3701 Wilson v Graybar Electric\17cv3701 order denying MTD.docx