# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GYLES G. WILSON,<br><br>v.<br><br>GRAYBAR ELECTRIC COMPANY INC., et al. | CIVIL ACTION<br><br>NO. 17-3701 |

## ORDER

**AND NOW** this 14th day of March, 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF 35), the response and replies thereto, and oral argument, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion is **DENIED** as to Plaintiff's ADA discrimination claim (Count I) and FMLA retaliation claim (Count VIII); and

2. Defendant's Motion is **GRANTED** as to Plaintiff's PHRA disability discrimination claim (Count II), failure to accommodate claims (Counts I and II), workers' compensation retaliation claim (Count III), age discrimination claims (Counts VI and VII), and wrongful discharge claim (Count X).

                                                        **BY THE COURT:**

                                                        **/s/ Michael M. Baylson**
                                                        **MICHAEL M. BAYLSON, U.S.D.J.**