# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GYLES G. WILSON,<br><br>v.<br><br>GRAYBAR ELECTRIC COMPANY INC., et al. | CIVIL ACTION<br><br>NO. 17-3701 |

## ORDER

**AND NOW**, this 9th day of May, 2019, upon consideration of Defendants' Motion for Reconsideration (ECF 59), Plaintiff's Motion for Partial Reconsideration (ECF 60), and the responses thereto, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's race, color, and national origin discrimination claims under Title VII and the PHRA (Counts IV and V) are **DISMISSED**, with prejudice;

2. Plaintiff's FMLA interference claim (Count IX) is **DISMISSED**, with prejudice;

3. Defendants' request for leave to file their Letter in support of the Motion for Summary Judgment is **GRANTED**;

4. Defendants' Motion for Reconsideration is **DENIED**; and

5. Plaintiff's Motion for Partial Reconsideration is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-3701 Wilson v Graybar Electric\17cv3701 Order re Motions for Reconsideration.docx